David A. Birdsell
216 North Center
Mesa, AZ 85201
(480) 644-1080 / (480) 644-1082(fax)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ALARCON, MARCOS LUKE | ) Case No. 4:19-bk-04615-BMW |
| ALARCON, VERONICA JANE | ) |
| | )    APPLICATION FOR ORDER |
| | )    PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | )    TO THE U.S. BANKRUPTCY COURT |

     DAVID A. BIRDSELL, Trustee reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 04/05/2021 | MARCOS LUKE ALARCON, VERONICA JANE ALARCON 45550 WEST RAINBOW DRIVE MARICOPA, AZ 85139 | $5,952.98 |

The trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $5,952.98 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| July 26, 2021 | /s/ David A. Birdsell |
| DATE | DAVID A. BIRDSELL, TRUSTEE |

[APP TO PAY UNCLAIMED FUNDS] - 1