1
2
3
4
5
6

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE  DISTRICT OF ARIZONA

7

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALARCON, MARCOS LUKE | ) | Case No. 4:19-bk-04615-BMW |
| ALARCON, VERONICA JANE | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |
| | ) | |

8
9        Upon application of the Trustee and good cause appearing,

10       IT IS HEREBY ORDERED that the Trustee pay over the amount <u>$5,952.98</u> to the Clerk

11 of the Court to pursuant to Bankruptcy Rule 3010, and §347 of the Code.

12
13
14                        DATED AND SIGNED ABOVE
15