# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ALARCON, MARCUS | ) Case No. <u>4:19-bk-04615-BMW</u> |
| ALARCON, VERONICA | ) |
| | ) **ORDER APPROVING MOTION FOR** |
| Debtor(s). | ) **TURNOVER OF BANKRUPTCY** |
| | ) **ESTATE PROPERTY, PURSUANT TO 11** |
| | ) **U.S.C. § 542** |
| | ) |

This matter having come before the Court on the 2nd *Amended Motion For Turnover Of Bankruptcy Estate Property, Pursuant To 11 U.S.C. § 542* filed on <u>April 9, 2021 </u>(the "<u>Motion</u>") by the Chapter 7 trustee, David A. Birdsell ("<u>Trustee</u>"); the 2nd Amended Motion having been properly noticed to all interested parties; there having been no objection to the Motion filed with this Court; and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:  Directing **MARCUS ALARCON AND VERONICA ALARCON**  , (the "<u>Debtors</u>") to turnover of the following ("debtor documents"):

(1) Pay stub for pay date of 01/24/19 (beg. pay date: 01/05/19 to 01/18/19);

(2) Copies of any court documents regarding the garnishment of your paychecks;

IT IS FURTHER ORDERED the Debtors shall have thirty (30) days from the date of entry for this order to complete the turnover.

**DATED AND SIGNED ABOVE.**