# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ALARCON, MARCUS | ) Case No. 4:19-bk-04615-BMW |
| ALARCON, VERONICA | ) |
| | ) **ORDER APPROVING MOTION FOR** |
| Debtor(s). | ) **TURNOVER OF BANKRUPTCY** |
| | ) **ESTATE PROPERTY, PURSUANT TO 11** |
| | ) **U.S.C. § 542** |
| | ) |

This matter having come before the Court on the 2nd *Amended Motion For Turnover Of Bankruptcy Estate Property, Pursuant To 11 U.S.C. § 542* filed on April 15, 2021 (the "Motion") by the Chapter 7 trustee, David A. Birdsell ("Trustee"); the 2nd Amended Motion having been properly noticed to all interested parties; there having been no objection to the Motion filed with this Court; and good cause appearing therefor,

IT IS HEREBY ORDERED as follows: Directing **MARCUS ALARCON AND VERONICA ALARCON**, (the "Debtors") to turnover of the following ("debtor documents"):

(1) Pay stub for pay date of 01/24/19 (beg. pay date: 01/05/19 to 01/18/19);

(2) Copies of any court documents regarding the garnishment of your paychecks; and

IT IS FURTHER ORDERED the Debtors shall have thirty (30) days from the date of entry for this order to complete the turnover.

**DATED AND SIGNED ABOVE.**