| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Marcos | Luke | Alarcon |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Veronica | Jane | Alarcon |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of Arizona

Case number: 4:19-bk-04615-BMW

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $5,952.98 |
|---|---|
| Claimant's Name: | Marcos Luke Alarcon and Veronica Jane Alarcon |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | c/o Davis Miles McGuire Gardner, PLLC<br>40 E. Rio Salado Pkwy., Suite 425<br>Tempe, AZ 85281 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☑ Applicant is Claimant's representative (*e.g., attorney or unclaimed funds locator*).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Arizona
2 Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/24/22

Signature of Applicant: *[signed]*

Printed Name of Applicant: M. Preston Gardner

Address: 40 E. Rio Salado Pkwy.,
Suite 425
Tempe, AZ 85281

Telephone: (480) 344-4574

Email: pgardner@davismiles.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ___

Signature of Co-Applicant (if applicable): ___

Printed Name of Co-Applicant (if applicable): ___

Address: ___

Telephone: ___

Email: ___

### 6. Notarization

STATE OF Arizona

COUNTY OF Maricopa

This Application for Unclaimed Funds, dated 10/24/22 was subscribed and sworn to before me this 24 day of October, 20 22 by Michael Preston Gardner who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public *[signed]*

My commission expires: 05-25-25

JENELLE REISH
Notary Public, State of Arizona
Maricopa County
Commission # 610086
My Commission Expires
May 25, 2025

### 6. Notarization

STATE OF ___

COUNTY OF ___

This Application for Unclaimed Funds, dated ___ was subscribed and sworn to before me this ___ day of ___, 20___ by ___ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public ___

My commission expires: ___

**Davis Miles**
**McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Facsimile: (480) 733-3748
Efile.dockets@davismiles.com
M. Preston Gardner (SBN: 029868)
*Limited Attorneys for Debtor Marcos Alarcon*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| MARCOS LUKE ALARCON and VERONICA JANE ALARCON, | Case No. 4:19-bk-04615-BMW |
| | **CERTIFICATE OF SERVICE** |
| Debtors. | |

M. Preston Gardner, attorney for Marcos Luke Alarcon and Veronica Jane Alarcon (the "Debtors"), hereby certifies as follows:

That I am, and at all times herein mentioned, more than 18 years of age, and that on the 24th day of October, 2022, I served a copy of the foregoing Application for Payment of Unclaimed Funds (the "Application") and supporting documentation upon the parties listed below by First Class Mail:

>Office of the United States Attorney
>District of Arizona
>2 Renaissance Square
>40 N. Central Ave., Suite 1800
>Phoenix, AZ 85004

\\\

All other parties served with a copy of the Application:

1

David A. Birdsell
Chapter 7 Trustee
216 North Center
Mesa, Arizona 85201

Marcos Alarcon
419 E. Ocotillo St.
Casa Grande, AZ 85122

Veronica Garcia
35548 W. Santa Clara Ave.
Maricopa, AZ 85138

DATED this 24th day of October, 2022.

                             **DAVIS MILES MCGUIRE GARDNER, PLLC**

                      By:   */s/ M. Preston Gardner*
                             M. Preston Gardner
                             *Limited Attorney for Debtors*

2

# Exhibit A

### Explanation of Supporting Document
### for
### Application for Payment of Unclaimed Funds

1.      The claimants, Marcos Luke Alarcon and Veronica Jane Alarcon (the "Claimants"), did not receive the dividend check in this case due to the parties' divorce and co-debtor's change of address.

2.      The Claimants each executed a limited power of attorney authorizing attorney M. Preston Gardner and Davis Miles McGuire Gardner, PLLC (the "Applicant") to file this Application for Payment of Unclaimed Funds and collect the unclaimed funds on their behalf.

3.      The Applicant has separately filed Supporting Documentation, including copies of the following:

    a.  A proposed form of Order;

    b.  Limited Power of Attorney executed by Claimants;

    c.  Decree of Dissolution of Marriage, which includes co-debtor Veronica Alarcon's name change to Veronica Garcia;

    d.  Driver's licenses with their current address for each Claimant;

    e.  Proof of Veronica Alarcon's previous address; and

    f.  Form W-9s signed by each Claimant;

DATED this 24th day of October, 2022.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: <u>*/s/ M. Preston Gardner*</u>
M. Preston Gardner
*Limited Attorney for Debtor*